# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDMOND KENNIES BURKE,** | ) |
| **AIS 299404,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACTION NO. 17-0101-CG-MU |
| | ) |
| **WARDEN PHYLLIS BILLUPS,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to chich objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE