IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDMOND KENNIES BURKE, AIS 299404, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACTION NO. 17-0101-CG-MU |
| WARDEN PHYLLIS BILLUPS, | ) ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's rights were not violated in this cause and that his Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE